1
2
3
4
5
6
7

JS-6

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  AC WALLACE,

12                 Plaintiff,

13      v.

14  JOSE SANCHEZ, et al.,

15                 Defendants.

**Case No. CV 16-06673-MWF (RAOx)**

**ORDER REMANDING ACTION AND DENYING REQUEST TO PROCEED IN FORMA PAUPERIS**

16
17
18
19
20
21
22
23
24
25
26
27
28

**I.**

**FACTUAL BACKGROUND**

On July 27, 2016, Plaintiff AC Wallace ("Plaintiff") filed an unlawful detainer action in Los Angeles County Superior Court against Jose Sanchez, Yasmin Sanchez, and Does 1 to 10 (collectively, "Defendants"). (Notice of Removal ("Removal") & Attached Complaint for Unlawful Detainer ("Compl."), Dkt. No. 1.) Plaintiff alleges that it is the owner of the real property located in Inglewood, California ("the property"). (Compl., ¶¶ 1, 3, 4.) Plaintiff further alleges that Defendants are tenants of the property and owe past-due rent. (*See id.*, ¶¶ 6, 10, 17.)

On September 6, 2016, Defendant Jose Sanchez (hereinafter, "Defendant") filed a Notice of Removal, invoking the Court's federal question jurisdiction.

1  (Removal at pp. 5-10.)  In addition, Defendant filed a request to proceed in forma

2  pauperis.  (Dkt. No. 3.)  After reviewing the Notice of Removal and the

3  accompanying documents, the Court determines that it lacks subject matter

4  jurisdiction over this matter.

5  <center>**II.**</center>

6  <center>**DISCUSSION**</center>

7      Federal courts are courts of limited jurisdiction, having subject matter

8  jurisdiction only over matters authorized by the Constitution and statute.  *Kokkonen*

9  *v. Guardian Life Ins. Co.*, 511 U.S. 375, 377, 114 S. Ct. 1673, 128 L. Ed. 2d 391

10  (1994).  Federal courts are presumptively without jurisdiction over civil actions,

11  and the burden of establishing the contrary rests upon the party asserting

12  jurisdiction.  *Id.*  Further, a "strong presumption" against removal jurisdiction

13  exists.  *See Gaus v. Miles, Inc.*, 980 F.2d 564, 567 (9th Cir. 1992).

14      After reviewing the Notice of Removal and the accompanying documents, it

15  is clear that this Court lacks federal question jurisdiction over this matter.

16  Defendant claims that this Court has federal question jurisdiction because the

17  California statutory procedures authorizing evictions violate federal civil rights

18  statutes.  (Removal at p. 6.)  However, defenses and counterclaims to actions do not

19  give rise to federal question jurisdiction.  "A case may not be removed to federal

20  court on the basis of a federal defense, . . . even if the defense is anticipated in the

21  plaintiff's complaint, and even if both parties admit that the defense is the only

22  question truly at issue in the case."  *Franchise Tax Bd. v. Constr. Laborers*

23  *Vacation Trust for S. Cal.*, 463 U.S. 1, 14 (1983); *see also Caterpillar, Inc. v.*

24  *Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 96 L. Ed. 2d 318 (1987) ("Only state-

25  court actions that originally could have been filed in federal court may be removed

26  to federal court by the defendant.")

27      Whether a claim "arises under" federal law must be determined by reference

28  to the "well-pleaded complaint."  *Franchise Tax Bd.*, 463 U.S. at 9-10.  From the

<center>2</center>

face of the Complaint, the only claim raised is an unlawful detainer, which is a California state law action.  (Compl. at 1.)  No federal question is presented.  *See, e.g., Nguyen v. Hutchis*, 2013 WL 4500574, *2 (C.D. Cal. Aug. 21, 2013); *Cooper v. Washington Mut. Bank*, 2003 WL 1563999, *2 (N.D. Cal. Mar. 19, 2003) ("An unlawful detainer action does not raise a question arising under federal law and so, once removed, must be remanded for lack of jurisdiction.").

## III.

## CONCLUSION

Accordingly, IT IS ORDERED that this case is REMANDED to the Superior Court of California, County of Los Angeles forthwith.

IT IS FURTHER ORDERED that Defendant's Request to Proceed In Forma Pauperis is DENIED as moot.

IT IS SO ORDERED.

DATED:  September 12, 2016

_____
MICHAEL W.  FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

3